In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-284 CV


____________________



PHYLLIS PRESSWOOD AND PRESSWOOD TRUCKING CO., INC., Appellants



V.



SCOTTY S. PRESSWOOD, SHAWNA PRESSWOOD, 


JEFFREY HANDLEY AND JOYCE HANDLEY, Appellees






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. 59637






MEMORANDUM OPINION (1)


 Phyllis Presswood and Presswood Trucking Co., Inc., appellants, filed a motion to
dismiss this appeal. The Court finds that this motion is voluntarily made by the appellants
prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No
other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered August 12, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.